**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**RYAN VENCI, ESQ.**
Nevada Bar No. 7547
**KRISTEN MOLLOY, ESQ.**
Nevada Bar No. 14927
**BRANDON | SMERBER LAW FIRM**
139 E. Warm Springs Road
Las Vegas, Nevada 89119
(702) 380-0007
(702) 380-2964 – *facsimile*
*l.brandon@bsnv.law*
*r.venci@bsnv.law*
*k.molloy@bsnv.law*
*Attorneys for Defendant,*
*ALBERTSONS, LLC d/b/a ALBERTSONS*

139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007  |  F. 702.380.2964

BRANDON | SMERBER
LAW FIRM

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JEFFREY S. CLEMENTS, an individual, | CASE NO.: 2:25-cv-2491-CDS-DJA |
| Plaintiff | **STIPULATION TO DISMISS DEFENDANT ALBERTSONS COMPANIES, INC. ONLY WITHOUT PREJUDICE** |
| vs. | |
| ALBERTSON'S LLC d/b/a ALBERTSONS, a Foreign Limited-Liability Company; ALBERTSONS COMPANIES, INC., a Foreign Corporation; DOES I – X; and ROE CORPORATIONS I – V, inclusive, | |
| Defendants | |

IT IS HEREBY STIPULATED AND AGREED TO by LEW BRANDON, JR., ESQ., RYAN VENCI, ESQ., and KRISTEN MOLLOY, ESQ., of BRANDON | SMERBER LAW FIRM, on behalf of Defendant, ALBERTSONS, LLC d/b/a ALBERTSONS, and ROBERT O KURTH, JR., ESQ., of KURTH LAW OFFICE, on behalf of Plaintiff, JEFFREY S. CLEMENTS, that ALBERTSONS COMPANIES, INC. be dismissed without prejudice in the above-entitled matter.

*Jeffrey S. Clements v. Albertson's LLC*
*Case No.: A-25-921948-C*

IT IS FURTHER STIPULATED AND AGREED TO that should discovery reveal that ALBERTSONS COMPANIES, INC. had any direct ownership or control of ALBERTSONS, LLC d/b/a ALBERTSONS, Plaintiff may amend his Complaint to include ALBERTSONS COMPANIES, INC. AND back into this lawsuit prior to the end of discovery. Further, any such amendment will relate back to the filing of the original Complaint for all purposed, including the statute of limitations.

DATED this 22nd day of November, 2025.
**BRANDON | SMERBER LAW FIRM**

*/s/ Lew Brandon, Jr., Esq.*

_____
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**RYAN VENCI, ESQ.**
Nevada Bar No. 7547
**KRISTEN MOLLOY, ESQ.**
Nevada Bar No. 14927
139 E. Warm Springs Road
Las Vegas, Nevada 89119
*Attorneys for Defendant,*
*ALBERTSONS, LLC d/b/a ALBERTSONS*

DATED this 23rd day of January, 2025.
**KURTH LAW OFFICE**

*Robert O. Kurth, Jr., Esq.*

_____
**ROBERT O. KURTH, JR., ESQ.**
Nevada Bar No. 4659
3420 North Buffalo Drive
Las Vegas, Nevada 89129
*Attorneys for Plaintiff,*
*JEFFREY S. CLEMENTS*

Based on the parties' stipulation, Albertsons Companies, Inc. is dismissed without prejudice, with each party to bear its own costs and fees.

_____
United States District Judge
Dated: January 26, 2026

Page 2